[No. 45412-9-I.  Division One.  August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. DELMETRIA A. DURICK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06073-0, Carol A. Schapira, J., entered October 19, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45341-6-I.  Division One.  August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ALLEN B. MONROE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01851-2, Sharon S. Armstrong, J., entered September 17, 1999. *Remanded* by unpublished per curiam opinion.

[No. 42807-1-I.  Division One.  August 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE GENE BARTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07001-1, Michael Spearman, J., entered May 11, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Ellington, JJ.

[No. 45191-0-I.  Division One.  August 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. FELIX ESCALANTE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02365-6, Carol A. Schapira, J., entered August 13, 1999. *Remanded* by unpublished per curiam opinion.